PEOPLE v RADFORD, No. 152736; Court of Appeals No. 327362.

PEOPLE v COOLEY, No. 152738; Court of Appeals No. 328747.

PEOPLE v SEARCY, No. 152749; Court of Appeals No. 327968.

*In re* APPLICATION OF CONSUMERS ENERGY COMPANY FOR 2012 RECONCILIA-
TION, No. 152762; Court of Appeals No. 321877. On order of the Court,
the application for leave to appeal the October 22, 2015 judgment of the
Court of Appeals is considered, and it is denied, because we are not
persuaded that the questions presented should be reviewed by this
Court. See *In re Application of Consumers Energy Company for Recon-
ciliation of 2009 Costs,* 499 Mich 885 (2016).

LARSEN, J. I dissent for the reasons stated in my dissenting statement
in *In re Consumers Energy,* 499 Mich 885 (2016).

VIVIANO, J., joined the statement of LARSEN, J.

PEOPLE v GORDON, No. 152764; Court of Appeals No. 328469.

PEOPLE v MCBURNEY, No. 152766; Court of Appeals No. 329247.

PEOPLE v HAGGER, No. 152799; Court of Appeals No. 322311.

PEOPLE v TAYLOR, No. 152884; Court of Appeals No. 327553.

ADAS v WILLIAM BEAUMONT HOSPITAL, No. 152907; Court of Appeals No.
318397.

PEOPLE v ROYSTER, No. 152932; Court of Appeals No. 322979.

PEOPLE v DARRIUS BROWN, No. 152962; Court of Appeals No. 322995.

PEOPLE v REYNOLDS, No. 152966; Court of Appeals No. 322680.

PEOPLE v BREZZELL, No. 152968; Court of Appeals No. 322978.

PEOPLE v PERKINS, No. 152970; Court of Appeals No. 322593.

PEOPLE v ROBERTSON, No. 152971; Court of Appeals No. 322882.

PEOPLE v AUSTIN, No. 152972; Court of Appeals No. 323400.

PEOPLE v IVORY, No. 152985; Court of Appeals No. 329788. Pursuant
to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this
case to the Wayne Circuit Court for consideration of the defendant's
issue regarding the assessment of court costs.

LANGLEY v RUBERT, No. 153002; Court of Appeals No. 322918.

PEOPLE v GINNS, No. 153024; Court of Appeals No. 329609.

OSPREY SA LTD v WEBBER INVESTMENT COMPANY, LLC, No. 153048; Court
of Appeals No. 324001.

PEOPLE v HARVEY, No. 153073; Court of Appeals No. 319482.